UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

YVES MATIEU,

                                        Plaintiff,

-against-

THE CITY OF NEW YORK ET AL.,

                                        Defendants.

------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

21 Civ. 5387 (LAK) (OTW)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
March 7, 2022

AYMEN A. ABOUSHI
The Aboushi Law Firm
*Attorney for Plaintiff*
1441 Broadway, 5th Floor
New York, NY 10007
(212) 300-8500

By: _____
Aymen A. Aboushi
*Attorney for Plaintiff*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York, O'Brien, Egan, and McNamara*
100 Church Street, 3rd Floor
New York, New York 10007

By: /s/ *Zachary Kalmbach*

Zachary Kalmbach
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated: 3/23, 2022

2